# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

**UME INVESTMENTS, INC.,**

      Plaintiff(s),

    v.         **TELEPHONE CONFERENCE**
             RE: [16] Motion for Leave to Amend Final Default
                   Judgment

               Case No. 22-C-1505

**SOD HOLDINGS LLC, et al.,**

      Defendant(s).

---

HONORABLE WILLIAM C. GRIESBACH presiding      Time Called: <u> 1:34 p.m. </u>
Proceeding Held:  August 24, 2023          Time Concluded: <u> 1:46 p.m. </u>
Deputy Clerk:  Mara                 Tape: <u> 082423 Zoom </u>

---

**<u>Appearances:</u>**

  **Plaintiff(s):**  Damian Waldman

  **Defendant(s):**

---

*Attorneys Dr. Gavin Clarkson and Larry Vick appear on behalf of Two Fish Fund, LLC and just recently received notice of today's hearing.

The court addresses question of jurisdiction as it is unclear.
**The court VACATES the previously entered default judgment.**
The court suggests Mr. Waldman to confer with Dr. Clarkson and Mr. Vick regarding this matter.
Mr. Waldman states his client did a closing with SOD Holdings and would like to clarify the jurisdiction issue.

**Within 30 days, Mr. Waldman may submit a new motion for default judgment along with proposed findings of fact. The court directs Mr. Waldman to notify Dr. Clarkson and Mr. Vick of any filings.**
Emails and telephone numbers for Dr. Clarkson and Mr. Vick provided to Mr. Waldman.
Dr. Clarkson states there is also a quiet title action in Marinette County.
Attorneys Clarkson and Vick will need to file an appearance in this matter to receive further notices.
Both attorneys will need to be admitted to the EDWI.