IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

**UME INVESTMENTS INC,**

    **Plaintiff,**

vs.

    **CASE NO 1:22-CV-01505-WCG**

**S.O.D. HOLDINGS LLC, et al.,**

    **Defendant(s).**

_____/

## PLAINTIFF'S SECOND RENEWED MOTION FOR FINAL DEFAULT JUDGMENT

The undersigned counsel, on behalf of Plaintiff, UME Investments Inc., moves this Court for entry of a default judgment as to all Defendants, upon the complaint heretofore filed and served upon the defendants, in accordance with the provisions of Rule 55(b)(2), Federal Rules of Civil Procedure, and in support thereof shows the Court the following.

1. On December 14, 2022, Plaintiff filed in the United States District Court, Eastern District of Wisconsin, Green Bay Division, a Complaint for Foreclosure alleging default of a mortgage loan. A copy of said Complaint is attached hereto as Exhibit 1 and is incorporated herein by reference.

2. On December 15, 2022, a copy of said Complaint and a Summons in a Civil Action were served upon Defendant S.O.D. Holdings LLC. A copy of the Affidavit of Service is attached hereto as Exhibit 2 and is incorporated herein by reference. Unknown Tenant #1 and Unknown Tenant #2 were served on December 21, 2022. Copies of the Affidavits of Service are attached hereto as Exhibit 2 and Exhibit 3 and are incorporated herein by reference.

3. After more than twenty days had elapsed since the service of said Complaint and Summons upon defendants, and no Answer thereto having been served by Defendants upon Plaintiff, the Clerk entered a Default as to all Defendants on April 6, 2023.

4. Defendants have failed to plead or otherwise defend this action, and Plaintiff is entitled to judgment by default against Defendants.

5. Pursuant to the provisions of Rule 55(b)(2), Federal Rules of Civil Procedure, this Court is empowered to enter a default judgment against the defendants for relief sought by Plaintiff in its complaint, and written notice of this action has been given to Defendant as set forth in the attached affidavit.

PRAYER

WHEREFORE, plaintiff prays that this Court enter a judgment of default against Defendants, and that Plaintiff receive the relief requested as provided in the proposed Final Judgment filed contemporaneously with this Motion.[1]

AFFIDAVIT

I, Damian G. Waldman, Esq., do hereby certify that the statements and allegations set forth in the foregoing Motion and the accompanying Memorandum are true and accurate to the best of our knowledge and belief.

/s/ Damian G. Waldman
Damian G. Waldman, Esq.
Florida Bar No. 90502
**Law Offices of Damian G. Waldman, P.A.**
10333 Seminole Blvd., Units 1 and 2
Seminole, Florida 33778
Telephone: (727) 538-4160
Facsimile: (727) 240-4972
Email 1: damian@dwaldmanlaw.com
E-Service: service@dwaldmanlaw.com
*Attorneys for Plaintiff*

---

[1] Please note that Proposed Decree includes procedure for sale of property.