# United States District Court
EASTERN DISTRICT OF WISCONSIN

UME INVESTMENTS, INC.,

         Plaintiff(s),

**JUDGMENT IN A CIVIL CASE**
Case No. 22-C-1505

v.

S.O.D. HOLDINGS, LLC,
ERIC CARLYLE HERB, f/k/a Unknown Tenant 1,
and DANIEL ELMER KNEPPER, f/k/a Unknown Tenant 2,

         Defendant(s).

---

☐   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict

☒   **Decision by Court.** This action came before the Court for consideration.

    **IT IS HEREBY ORDERED AND ADJUDGED** that the plaintiff takes nothing and this case is DISMISSSED without prejudice for failure to plead facts sufficient to show subject matter jurisdiction.

Approved:   s/ William C. Griesbach
               WILLIAM C. GRIESBACH
               United States District Judge

Dated:   February 27, 2024

               GINA M. COLLETTI
               Clerk of Court

               s/ Mara A. Corpus
               (By) Deputy Clerk